THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RIKKI ADAMS, Appellant.

Submitted October 16, 2006; decided October 24, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the orders entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

Judge PIGOTT taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JOSE ROSSEY, Respondent.

Submitted September 11, 2006; decided October 24, 2006

Application, insofar as treated as a petition for a writ of error coram nobis, dismissed. There is no authority for initiating a writ of error coram nobis in the Court of Appeals (*see People v Bond*, 93 NY2d 896 [1999]; *People v Gibbs*, 85 NY2d 1030 [1995]). Application, insofar as treated as a motion for reargument and/or reconsideration, dismissed as untimely (*see* Rules of Practice of Court of Appeals [22 NYCRR] § 500.24 [b]).

LEONOR DATIL PEREZ, Appellant, v TIME MOVING & STORAGE, Respondent.

Submitted September 11, 2006; decided October 24, 2006

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.